UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LIONEL SANDERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:13-cv-1534-WTL-TAB |
| | ) | |
| WENDY KNIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT in this action in favor of the Respondent and against the Petitioner. The petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

Date: 04/29/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Lionel Sanders
882842
Correctional Industrial Facility
Inmate Mail/Parcels
5124 W. Reformatory Rd.
Pendleton, IN 46064

All electronically registered counsel